**RCC**

**FILED**
**DECEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 7210**

In the Matter of                                                    Case Number:

Terry Sanders, Sr.
vs
City of Chicago, Officer Frederick Hasenfang (#15085),
Officer Raymond McCann (#13127)

**JUDGE DARRAH**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Terry Sanders, Sr.

| |
|---|
| NAME (Type or print)<br> Neil L. Toppel |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Neil L. Toppel |
| FIRM<br> Dvorak, Toppel & Barrido |
| STREET ADDRESS<br> 3859 W. 26th Street |
| CITY/STATE/ZIP<br> Chicago, IL 60623 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 6270744 | TELEPHONE NUMBER<br> (773) 521-1300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐