## United States District Court for the Northern District of Illinois

Case Number: 07cv7210   Assigned/Issued By: J. N.

Judge Name: DARRAH   Designated Magistrate Judge: MASON

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
  [ ] IFP   [ ] No Fee   [ ] Other _____
  [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2422212

Date Payment Rec'd: 12-21-07   Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons   [ ] Alias Summons
[ ] Third Party Summons   [ ] Lis Pendens
[ ] Non Wage Garnishment Summons   [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
  _____
  (Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
  (Type of Writ)

3 Original and 3 copies on 12-21-07 as to CITY OF CHICAGO;
  (Date)
OFFICER HASENFANG; OFFICER MCCANN

---

C:\wpwin80\docket\feeinfo.frm     03/14/05