Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Terry Sanders, Sr.

V.

City of Chicago,
Officer Frederick Hasenfang, Star #15085,
Officer Raymond McCann, Star #13127

CASE NUMBER: O7C7210

ASSIGNED JUDGE: Darrah

DESIGNATED
MAGISTRATE JUDGE: Mason

TO: (Name and address of Defendant)

Officer Frederick Hasenfang, Star #15085
Chicago Police Department
3510 S. Michigan Avenue
Chicago, IL 60653

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian J. Barrido
Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, IL 60623

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**December 27, 2007**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 01/02/08 |

| NAME OF SERVER (PRINT) JUAN BALTIERRES | TITLE Attorney |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): _____ Ofcr. Paluck

Chicago Police Dept

3510 S. Michigan

Chicago, IL 60653

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   01/02/08
_____
Date

_____
Signature of Server

3859 W. 26th ST. Chgo IL
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.