UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of | Case | 07 C 7210 |
| Terry Sanders. | | |
| Plaintiff | | |
| vs. | | |
| | Judge Darrah | |
| | Magistrate Mason | |
| City of Chicago, et al., | | |
| Defendants | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

City of Chicago, Frederick Hasenfang and Raymond McCann

| | |
|---|---|
| SIGNATURE   /s/ Thomas J. Platt | |
| FIRM   City of Chicago, Department of Law | |
| STREET ADDRESS   30 No. LaSalle Street - Suite 1400 | |
| CITY/STATE/ZIP   Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   06181260 | TELEPHONE NUMBER   312.744.4833 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES X   NO | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES X   NO | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES **X**   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |