IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Terry Sanders | ) | |
|     Plaintiff, | ) | No. 07 C 7210 |
| | ) | |
| v. | ) | |
| | ) | Judge Darrah |
| CITY OF CHICAGO, a municipal corporation, OFFICER FREDERICK HASENFANG, Star #15085, City of Chicago Police Officer, in his individual capacity, OFFICER RAYMOND MCCANN, Star #13127, City of Chicago Police Officer, in his individual capacity | ) ) ) ) ) ) ) ) | Magistrate Mason |
| | ) | |
|     Defendants. | ) | |

**MOTION OF DEFENDANTS TO
EXTEND TIME TO FILE RESPONSIVE PLEADINGS**

Defendants City of Chicago, a municipal corporation by its attorney Mara S. Georges, Corporation Counsel City of Chicago, Thomas J. Platt, Chief Assistant Corporation Counsel, Officer Frederick Hasenfang and Officer Raymond McCann, by one of their attorneys, Thomas J. Platt, Chief Assistant Corporation Counsel, for their Motion to Extend the Time to Answer or Plead to the Complaint in this cause through February 25, 2008, state as follows:

1. This matter is a case under 42 U.S.C. §1983 alleging excessive force and failure to intervene and state claims for battery and indemnification.

2. The individual officer defendants were served on January 11, 2008 (Defendant Hasenfang) and January 12, 2008 (Defendant McCann). Counsel for defendants have not had an opportunity to meet with the officers or obtain the necessary police records to prepare a responsive pleading.

3. Defendants request through February 25, 2008, to file their responsive pleading to

the complaint.

    WHEREFORE, Defendants City of Chicago, Officer Frederick Hasenfang and Officer Raymond McCann request that this court enter an order allowing defendants through February 25, 2008 to file their responsive pleading to the complaint in this cause.

    Respectfully submitted,

/s/ Thomas J. Platt
Chief Assistant Corporation Counsel
Attorney for individual Defendants

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty. No. 06181260

January 24, 2008