IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Terry Sanders | ) | |
|     Plaintiff, | ) | No. 07 C 7210 |
| | ) | |
| v. | ) | |
| | ) | Judge Darrah |
| CITY OF CHICAGO, a municipal corporation, OFFICER FREDERICK HASENFANG, Star #15085, City of Chicago Police Officer, in his individual capacity, OFFICER RAYMOND MCCANN, Star #13127, City of Chicago Police Officer, in his individual capacity | ) ) ) ) ) ) ) ) ) | Magistrate Mason |
|     Defendants. | ) | |

**NOTICE OF MOTION**

To:   Brian J. Barrido
       Dvorak, Toppel and Barrido
       3859 W. 26th Street
       Chicago, Illinois   60623

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Motion of Defendants to Extend Time to File Responsive Pleadings.

     **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge John W. Darrah at 9:00 a.m. on January 29, 2008 or as soon as counsel may be heard, and then and there present the above stated motion.

     **DATED** at Chicago, Illinois this January 24, 2008.

**CERTIFICATE OF SERVICE**

     I hereby certify that I have caused true and correct copies of the above and foregoing Motion of Defendants to Extend Time to File Responsive Pleadings to be served via the electronic filing system of the Northern District of Illinois to the persons named above at the addresses therein shown, on January 24, 2008.

                                          /s/ Thomas J. Platt
                                        Chief Assistant Corporation Counsel

30 N. LaSalle Street

Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty no.   06181260