**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:    07 c7210 |
| Terry Sanders.     Plaintiff | |
|          v. | Judge Durrah |
| City of Chicago et. al.    Defendants | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**City of Chicago, a Municipal Corporation,**

**Frederick Hasenfang**, *Officer; Star #15085, City of Chicago Police Officer in his individual capacity,*

**Raymond McCann**
*Officer; Star #13127, City of Chicago Plice Officer, in his individual capacity.*

| NAME (Type or print) |
|---|
| Patti S. Gregory |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
|          s/ Patti S. Gregory |

| FIRM |
|---|
| City of Chicago Law Department |

| STREET ADDRESS: |
|---|
| 30 N. LaSalle Suite 700 |

| CITY/STATE/ZIP |
|---|
| Chicago IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06198666 | (312) 744-5038 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO **X** |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐