**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TERRY SANDERS | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 07 C 7210 |
| | ) | Judge Darrah |
| CITY OF CHICAGO, a municipal corporation, OFFICER FREDERICK HASENFANG, Star #15085, City of Chicago Police Officer, in his individual capacity, OFFICER RAYMOND MCCANN, Star #13127, City of Chicago Police Officer, in his individual capacity | ) ) ) ) ) ) ) ) | Magistrate Mason |
| | ) | |
|     Defendants. | ) | |

**AGREED MOTION OF DEFENDANTS FOR**
**LEAVE TO FILE ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT**

Defendants City of Chicago, a municipal corporation by its attorney Mara S. Georges, Corporation Counsel City of Chicago, Thomas J. Platt, Chief Assistant Corporation Counsel, Officer Frederick Hasenfang and Officer Raymond McCann, by one of their attorneys, Thomas J. Platt, Chief Assistant Corporation Counsel, for their Motion for Leave to file their Answer, Affirmative Defenses, Rule 12(b)(6) Defenses and Jury Demand, instanter, state as follows:

1. This court granted defendants' previous motion to extend time to answer or otherwise plead in this case through February 25, 2008.

2. Defendants were unable to file their responsive pleadings on February 25, 2008 due to counsel's commitments and demands in other cases.

3. Defendants are filing their proposed responsive pleadings only one day past the February 25, 2008 due date. A copy of Defendants' proposed Answer, Affirmative Defenses, Rule 12(b)(6) Defense and Jury Demand is attached as an exhibit to this motion.

    4.    Plaintiff does not object to this motion. Granting of this motion will not affect other dates set by this court.

WHEREFORE, Defendants request this court to grant them leave to file their Answer, Affirmative Defenses, Rule 12(b)(6) Defense and Jury Demand to the Plaintiff's Complaint, instanter,

Respectfully submitted,

/s/ Thomas J. Platt
Chief Assistant Corporation Counsel
Attorney for individual Defendants

30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty. No. 06181260

February 26, 2008