IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY SANDERS | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, a municipal corporation, OFFICER FREDERICK HASENFANG, Star #15085, City of Chicago Police Officer, in his individual capacity, OFFICER RAYMOND MCCANN, Star #13127, City of Chicago Police Officer, in his individual capacity | ) ) ) ) ) ) ) ) ) | No. 07 C 7210<br><br>Judge Darrah<br><br>Magistrate Mason |
|     Defendants. | ) | |

**NOTICE OF AGREED MOTION**

To:   Brian J. Barrido
       Dvorak, Toppel and Barrido
       3859 W. 26th Street
       Chicago, Illinois  60623

     **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Motion of Defendants for Leave to File their Answer, Affirmative Defenses and Jury Demand, instanter.

     **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge John W. Darrah at 9:00 a.m. on March 4, 2008 or as soon as  counsel may be heard, and then and there present the above stated motion.

     **DATED** at Chicago, Illinois this February 26, 2008.

**CERTIFICATE OF SERVICE**

     I hereby certify that I have caused true and correct copies of the above and foregoing Answer, Affirmative Defenses, Rule 12(b)(6) Defenses and Jury Demand to be served via the electronic filing system of the Northern District of Illinois  to the persons named above at the addresses therein shown, on February 26, 2008.

                                             /s/ Thomas J. Platt
                                             Chief Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty no.   06181260