**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TERRY SANDERS | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, a municipal | ) | No. 07 C 7210 |
| corporation, OFFICER FREDERICK | ) | |
| HASENFANG, Star #15085, City of | ) | Judge Darrah |
| Chicago Police Officer, in his individual | ) | |
| capacity, OFFICER RAYMOND | ) | Magistrate Mason |
| MCCANN, Star #13127, City of Chicago | ) | |
| Police Officer, in his individual capacity | ) | |
| | ) | |
| Defendants. | ) | |

---

**NOTICE OF MOTION**

To:    Brian J. Barrido
       Dvorak, Toppel and Barrido
       3859 W. 26th Street
       Chicago, Illinois   60623

       **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States
District Court for the Northern District of Illinois, Eastern Division, Motion for Entry of
Qualified Protective Order for Health Information (HIPAA) and Confidential Records.

       **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge
John W. Darrah at 9:00 a.m. on March 4, 2008 or as soon as  counsel may be heard, and then and
there present the above stated motion.

       **DATED** at Chicago, Illinois this February 27, 2008.

**CERTIFICATE OF SERVICE**

       I hereby certify that I have caused true and correct copies of the above and foregoing
Motion to be served via the electronic filing system of the Northern District of Illinois  to the
persons named above at the addresses therein shown, on February 27, 2008.

                                                    /s/ Thomas J. Platt
30 N. LaSalle Street                                Chief Assistant Corporation Counsel
Suite 1400
Chicago, Illinois 60602
(312) 744-4833