UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Terry Sanders
        Plaintiff,

v.               Case No.: 1:07−cv−07210
                Honorable John W. Darrah

City of Chicago, et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2008:

  MINUTE entry before Judge John W. Darrah :Defendants' motion for leave to file answer, affirmative defenses, Rule 12(b)(6) defense and jury demandotion [17] is granted. Defendants' motion for a protective order [19] is denied. Rule 26(a)(1) disclosures to be exchanged by 3/25/08. Status hearing set for 4/9/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.