**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Terry Sanders | ) | |
|     Plaintiff, | ) | No. 07 C 7210 |
| | ) | |
| v. | ) | |
| | ) | Judge Darrah |
| CITY OF CHICAGO, a municipal corporation, OFFICER FREDERICK HASENFANG, Star #15085, City of Chicago Police Officer, in his individual capacity, OFFICER RAYMOND McCANN, Star #13127, City of Chicago Police Officer, in his individual capacity | ) ) ) ) ) ) ) ) | Magistrate Mason |
| | ) | |
|     Defendants. | ) | |

**NOTICE OF FILING**

To:   Brian J. Barrido
Dvorak, Toppel and Barrido
3859 W. 26th Street
Chicago, Illinois   60623

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the Answer, Affirmative and other Defenses and Jury Demand of Defendants.

**DATED** at Chicago, Illinois on March 5, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused true and correct copies of the above stated documents to be served via the electronic filing system of the Northern District of Illinois on March 5, 2008.

/s/ Thomas J. Platt
Chief Assistant Corporation Counsel

30 N. LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Atty no.   06181260