# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Terry Sanders,<br>Plaintiff,<br>v.<br>City of Chicago et al,<br>Defendants. | Case Number: 07 C 7210 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Matthew C. Robison | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Matthew C. Robison | |
| FIRM<br>Dvorak, Toppel & Barrido, LLC. | |
| STREET ADDRESS<br>3859 W. 26th Street | |
| CITY/STATE/ZIP<br>Chicago, IL 60623 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6291925 | TELEPHONE NUMBER<br>773-521-1300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |