Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7210 | **DATE** | 6/3/2008 |
| **CASE TITLE** | Terry Sanders vs. City of Chicago, et. al. | | |

**DOCKET ENTRY TEXT**

Parties having filed a stipulation to dismiss, this case is dismissed with prejudice and without costs pursuant to the settlement. Enter Agreed Order of Dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|