ae

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
6-3-2008
JUN 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| TERRY SANDERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 07 C 7210 |
| ) | |
| CITY OF CHICAGO, a municipal corporation, ) | Judge Darrah |
| OFFICER FREDERICK HASENFANG, Star ) | Magistrate Judge Mason |
| #15085, City of Chicago Police Officer, in his ) | |
| individual capacity, OFFICER RAYMOND ) | |
| MCCANN, Star #13127, City of Chicago Police ) | |
| Officer in his individual capacity, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

| | |
|---|---|
| /s/ Brian J. Barrido | /s/ Thomas J. Platt |
| Brian J. Barrido | Thomas J. Platt |
| Attorney for plaintiff, | Chief Assistant Corporation Counsel |
| Terry Sanders | Attorney for defendants City of Chicago, |
| Dvorak, Toppel & Barrido | Frederick Hasenfang and Raymond McCann |
| 3859 W. 26th Street | 30 North LaSalle Street, Suite 1400 |
| Chicago, Illinois 60623 | Chicago, Illinois 60602 |
| (773) 521-1300 | (312) 744-4833 |
| Attorney No. 6274524 | Attorney No. 06181260 |
| DATE: 5/3/08 | DATE: 6/2/08 |

07 C 7210