

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TERRY SANDERS,                )
)
     Plaintiff,           )
)
       vs.             )     NO. 07 C 7210
)
CITY OF CHICAGO, a municipal corporation,  )     Judge Darrah
OFFICER FREDERICK HASENFANG, Star     )     Magistrate Judge Mason
#15085, City of Chicago Police Officer, in his  )
individual capacity, OFFICER RAYMOND   )
MCCANN, Star #13127, City of Chicago Police )
Officer in his individual capacity,      )
)
     Defendants.        )

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached

agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Terry

Sanders, by one of his attorneys, Brian J. Barrido, and defendants, Frederick Hasenfang and Raymond

McCann and City of Chicago, by their attorney, Thomas J. Platt, Chief Assistant Corporation Counsel

and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the

Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and

Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Terry Sanders, against defendants, City of Chicago, Frederick

Hasenfang and Raymond McCann, are dismissed with prejudice and with each side bearing its own costs

and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

Thomas J. Platt
Chief Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-4833
Attorney No. 06181260

ENTER:
The Honorable John W. Darrah
United States District Judge

DATED: 6/3/08